UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **JENNIFER DAPOLITO,** *ex rel.* ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **APPLIED MEMETICS, LLC, AM** ) <br> **TRACE, LLC, and AM, LLC,** ) <br> ) <br> Defendants. ) | Docket No. 5:21-cv-270-gwc |

### MOTION TO EXTEND TIME TO RESPOND TO
### MOTION TO COMPEL DISCOVERY

Defendants Applied Memetics, LLC, AM TRACE, LLC, and AM, LLC, by and through counsel, respectfully move this Court for an extension of time to respond to Plaintiff-Relator's Motion to Compel Discovery from December 8, 2025, until December 19, 2025. This brief extension is necessary because AM expects to withdraw at least some of the objections that are subject to the Motion to Compel and would appreciate additional time to prepare amended responses and a corresponding production, and likewise to prepare a response to the objections that it wishes to maintain.

Defendants have conferred with counsel for Plaintiff and they do not consent to the extension.

For the foregoing reasons, Defendants respectfully request that the Court extend Defendants' time to respond to Plaintiff-Relator's Motion to Compel Discovery until December 19, 2025.

Dated: December 12, 2025                    Respectfully submitted,

                                              By:     <u>*/s/ Christina E. Nolan*</u>
                                                           Christina E. Nolan, Esq.
                                                           Hannah C. Waite, Esq.
                                                           SHEEHEY FURLONG & BEHM P.C.
                                                           30 Main Street, 6th Floor
                                                           PO Box 66
                                                           Burlington, VT 05402-0066
                                                           (802) 864-9891
                                                           cenolan@sheeheyvt.com
                                                           hwaite@sheeheyvt.com

                                                           *Counsel for Defendants*