**From:** "Craig Peikin" <cpeikin@aol.com>
**To:** "Dan@amllc.co" <Dan@amllc.co>
**Subject:** Re: Sources Sought with my Track Changes.
**Date:** Thu, 3 Sep 2020 19:24:16 +0000 (UTC)
**Importance:** Normal
**Attachments:** RFI_Response8-17_CPEIKIN_Track_Changes.v2.docx

---

Hey sorry this is the final one. In case you are sharing.

-----Original Message-----
From: Dan Gabriel <Dan@amllc.co>
To: Craig Peikin <cpeikin@aol.com>
Sent: Thu, Sep 3, 2020 3:18 pm
Subject: Re: Sources Sought with my Track Changes.

Damnit, now I'm mad! I hadn't had a chance to review this before it went.. but glad someone is paying attention!  This was *not* a top priority and was drafted by our backup prop writer. Nevertheless, very sloppy.

Sorry I missed your call - can I hit you back at 345pm?

Talk soon,
Dan


Dan



**Dan Gabriel | CEO**
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | amllc.co
INFORMATION. COMMUNICATIONS. TECHNOLOGY.



Connect with us on AM on

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

On Thu, Sep 3, 2020 at 3:10 PM Craig Peikin <cpeikin@aol.com> wrote:
> Dan.
>
> I took a quick peek a these Sources Sought you sent me. Please look at my review with Track Changes and "All Markups" turned on. Did your Proposal Manager guy review this B4 it went out? Some of my stuff is nit-picky but some is not. Let's discuss.  Qvidian will help fix some of this stuff. But we need to make sure the staff understand some things as content gets uploaded.
>
> Cheers,
> Craig

AM228582

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

AM228583