**From:** "Shelly Kahil" <shelly@amllc.co>
**To:** "Abigail Sidibe" <abigailcoxaldridge@gmail.com>
**Cc:** "Dan Gabriel" <Dan@amllc.co>
**Subject:** Re: Resignation
**Date:** Thu, 9 Jul 2020 21:41:58 -0400
**Importance:** Normal

Hi Abby,

You've been offboarded from Namely, but I need to confirm one thing in the morning before sending your offboarding letter.

Please be on the lookout for that letter prior to 12pm ET.

Thanks!

**Shelly Kahil | Managing Director, Operations & Program Delivery**

161 Fort Evans Rd., NE, Suite 250 | Leesburg, VA 20176

Phone: 202.517.3678 | amllc.co

INFORMATION. COMMUNICATIONS. TECHNOLOGY.



Connect with us on AM on

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

On Thu, Jul 9, 2020 at 9:36 PM Abigail Sidibe <abigailcoxaldridge@gmail.com> wrote:
> Thank you so much
>
> On Thu, Jul 9, 2020, 13:27 Shelly Kahil <shelly@amllc.co> wrote:
>> Abby,
>>
>> I'm not at work today, but I'll offboard you from Namely and send your offboarding letter when I get home.
>>
>> -Shelly
>>
>> Sent from my iPhone
>>
>> On Thursday, July 9, 2020, Abigail Sidibe <abigailcoxaldridge@gmail.com> wrote:

AM229237

Hi Dan,

Please accept this email as my resignation (immediate). I admire your vision to serve our country's need and ability to quickly pivot your business so early on in the crisis we are experiencing. Yet I have seen a lot of red flags since my first day, and there are currently too many for me despite the promise of a critical mission.

I have not been comfortable with language that has gone out with my name and my professional contacts attached to it. Erin has more knowledge gaps than I was expecting and I am just not up to the task. I highly recommend hiring an epidemiologist or at least someone with more knowledge of public health strategy in her role to effectively solve these problems of quality.

Thank you for this opportunity. I am sad it didn't work out, but I will be rooting you on as you continue this critical work.

I will connect with Amy to let her know. Please let me know if there are any other formalities.

Best,
Abby

--
Abigail Sidibe
(510) 309-7278


--


**Shelly Kahil | Managing Director, Operations & Program Delivery**

161 Fort Evans Rd., NE, Suite 250 | Leesburg, VA 20176

Phone: 202.517.3678 | amllc.co

INFORMATION. COMMUNICATIONS. TECHNOLOGY.



Connect with us on AM on

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.