**From:** "Donna Grimm" <d.grimm@amllc.co>
**To:** "Brendan Binkoski" <brendan@amllc.co>
**Subject:** Re: Quick question
**Date:** Fri, 6 Jan 2023 16:32:58 -0800
**Importance:** Normal

---

Great question Brendan!  Yes, we included her in the following winning proposals:

1. Arizona Department of Health, Disease Investigation Services. Submitted in July 2021. Included as a Disease Investigator Team Lead.

2. Tacoma Pierce County Health Department, Contact Tracing. Submitted in October 2021.  Included as a Subject Matter Expert.*

3. San Francisco Unified School District Contact Tracing. Submitted in October 2021.  Included as a Subject Matter Expert.*

4. Tennessee Department of Health, Vaccine Clinic QA.  Submitted in September 2021. Included as a Subject Matter Expert.*

* Note, when we include someone as a Subject Matter Expert, we're not indicating that they'll work on the proposed project.  We're just saying that they're a resource.

Let me know if you have any questions or need additional information.

Thanks,
Donna

On Thu, Jan 5, 2023 at 4:41 PM Brendan Binkoski <brendan@amllc.co> wrote:
> Actually, can you check if any RFP (I know there were only a few) where Jen D.'s name was used where we were awarded the contfract?
> I think this is a no, but wanted to confirm.
> THanks!

On Thu, Jan 5, 2023 at 6:45 PM Brendan Binkoski <brendan@amllc.co> wrote:
> Thanks Donna for the quick response.
> This should suffice for now but if you have time and want to do any more searches that would be great.
> Thanks again and have a good night.

On Thu, Jan 5, 2023 at 6:04 PM Donna Grimm <d.grimm@amllc.co> wrote:
>> Hi Brendan.
>>
>> Based off a quick search through my emails, here's what I came up with:
>>
>> We included Jennifer's name and resume/bio in a few proposals. She let me know she didn't want to be committed to the project we were pursuing and I clarified to her that including her resume did not mean we were committing her to the project. I'll forward that email chain to you.

AM043183

She was cc'd on emails about a few other proposals.

I don't recall anything striking me as unordinary, nor did she make any unusual requests.

Jennifer likely worked with Rachel Saldivar on the few proposals we included her in. I was Rachel's manager, and I think Rachel would've let me know if Jennifer had many any strange requests. Rachel is no longer with AM.

Let me know if you want any additional details. I'm not by my computer at the moment, but can probably put something together for you tomorrow.

Hope that helps!

Donna

On Thu, Jan 5, 2023, 2:42 PM Brendan Binkoski <brendan@amllc.co> wrote:
> Donna,
> Hope things are well on your end.
> Quick question - do you recall Jennifer DaPolito and if so any interactions with her? Did she ever ask you for bids or make unusual requests that you can remember?
> Any information is helpful and happy to jump on a call.
> Thanks,
> Brendan

--



Brendan Binkoski
Sr. Vice President, Security & Compliance
161 Fort Evans RD NE, Suite 250 Leesburg, VA 20176
+1.571.766.6029 | amllc.co
*Mission Critical Solutions for Complex Markets*

AM043184



--



Brendan Binkoski
Sr. Vice President, Security & Compliance
161 Fort Evans RD NE, Suite 250 Leesburg, VA 20176
+1.571.766.6029 | amllc.co
*Mission Critical Solutions for Complex Markets*



--

AM043185



Brendan Binkoski
Sr. Vice President, Security & Compliance
161 Fort Evans RD NE, Suite 250 Leesburg, VA 20176
+1.571.766.6029 | amllc.co
*Mission Critical Solutions for Complex Markets*

AM logos

AM043186