**From:** "Premoe, Paul (IHS/HQ)" <Paul.Premoe@ihs.gov>
**To:** "Andrew Cawood" <a.cawood@amllc.co>
**Cc:** "Tarek Nahabet" <tarek@amllc.co>, "Erin Thames" <e.thames@am-trace.co>, "Andrew Cawood" <a.cawood@am-trace.co>, "Almaraz, Santiago (IHS/HQ)" <Santiago.Almaraz@ihs.gov>, "Christopher Orlea" <c.orlea@am-trace.co>, "Truesdale, Kenneth G (IHS/HQ)" <Kenneth.Truesdale@ihs.gov>, "Tah, Tina (IHS/HQ)" <Tina.Tah@ihs.gov>, "Sekayumptewa, Dawn A (IHS/ALB)" <Dawn.Sekayumptewa@ihs.gov>, "Buschick, Jennifer (IHS/HQ)" <Jennifer.Buschick@ihs.gov>, "Barnett, Joshua (IHS/HQ)" <Joshua.Barnett@ihs.gov>
**Subject:** Re: Public Announcement of the Contract Award by AM TRACE LLC
**Date:** Mon, 14 Jun 2021 20:30:14 +0000
**Importance:** Normal

---

Mr. Cawood,

The Indian Health Service (IHS) has reviewed AM TRACE LLC's public announcement issued on June 8, 2021 via www.prnewswire.com. This announcement has been redistributed to other websites such as www.lakotatimes.com, finance.yahoo.com, swasthsamachar.com, apnews.com, etc. We are concerned because the announcement is not accurate. As such, IHS hereby requests AM TRACE LLC to revise the announcement as soon as possible. We are particularly concerned about your statement " ...... has joined Indian Health Services (IHS) to ensure equitable delivery of more than $4 billion allocated to Indian Country through the American Rescue Plan, committing to elevate the health of American Indians and Alaska Natives (AIAN)." This statement is not consistent with your IDIQ contract and it may convey the appearance that the contractor will be involved in "inherently governmental functions" which would not be permissible.

Based on the foregoing, please revise your public statement to accurately portray the contract scope. At the minimum, the revision shall include the fact that this is strictly a staffing contract with an obligation ceiling amount of $20M over a 3-year period. Also, please clarify that the contractor's role under the contract scope does not involve inherently governmental functions such as influencing decisions or approaches in carrying out the health care services for American Indians and Alaska Natives. Finally, we request that you send your draft revised statement to the undersigned Contracting Officer before it is published by close of business this Wednesday, June 16, 2021.

Thank you,

Paul Premoe
Lead Contracting Officer
Indian Health Service
5600 Fishers Lane, Suite 09E32
Rockville, MD 20857
(p) 301-443-4470

---

From: Andrew Cawood <a.cawood@amllc.co>
Sent: Sunday, June 13, 2021 9:59 PM
To: Premoe, Paul (IHS/HQ) <Paul.Premoe@ihs.gov>
Cc: Tarek Nahabet <tarek@amllc.co>; Erin Thames <e.thames@am-trace.co>; Andrew Cawood <a.cawood@am-trace.co>; Almaraz, Santiago (IHS/HQ) <Santiago.Almaraz@ihs.gov>; Christopher Orlea <c.orlea@am-trace.co>; Truesdale, Kenneth G (IHS/HQ) <Kenneth.Truesdale@ihs.gov>
Subject: Re: Public Announcement of the Contract Award by AM TRACE LLC

Good Evening Mr. Premoe,

Thank you for the update and please let me know if you need anything from me at this time.

Sincerely,

AM322872

Cawood

On Fri, Jun 11, 2021 at 6:46 PM Premoe, Paul (IHS/HQ) <Paul.Premoe@ihs.gov<mailto:Paul.Premoe@ihs.gov>> wrote:
Good Evening,

This email is to inform you that we are planning on providing a response regarding the public announcement by early next week.

Thank you,


Paul Premoe
Lead Contracting Officer
Indian Health Service
5600 Fishers Lane, Suite 09E32
Rockville, MD 20857
(p) 301-443-4470

_____
From: Premoe, Paul (IHS/HQ) <Paul.Premoe@ihs.gov<mailto:Paul.Premoe@ihs.gov>>
Sent: Wednesday, June 9, 2021 6:09 PM
To: Andrew Cawood <a.cawood@amllc.co<mailto:a.cawood@amllc.co>>
Cc: Tarek Nahabet <tarek@amllc.co<mailto:tarek@amllc.co>>; Erin Thames <e.thames@am-trace.co<mailto:e.thames@am-trace.co>>; Andrew Cawood <a.cawood@am-trace.co<mailto:a.cawood@am-trace.co>>; Almaraz, Santiago (IHS/HQ) <Santiago.Almaraz@ihs.gov<mailto:Santiago.Almaraz@ihs.gov>>; Christopher Orlea <c.orlea@am-trace.co<mailto:c.orlea@am-trace.co>>
Subject: Re: Public Announcement of the Contract Award by AM TRACE LLC

Mr. Cawood,

I will follow up with you on Friday to provide an update regarding the situation.

Thank you,


Paul Premoe
Lead Contracting Officer
Indian Health Service
5600 Fishers Lane, Suite 09E32
Rockville, MD 20857
(p) 301-443-4470

_____
From: Andrew Cawood <a.cawood@amllc.co<mailto:a.cawood@amllc.co>>
Sent: Wednesday, June 9, 2021 5:03 PM
To: Premoe, Paul (IHS/HQ) <Paul.Premoe@ihs.gov<mailto:Paul.Premoe@ihs.gov>>
Cc: Tarek Nahabet <tarek@amllc.co<mailto:tarek@amllc.co>>; Erin Thames <e.thames@am-trace.co<mailto:e.thames@am-trace.co>>; Andrew Cawood <a.cawood@am-trace.co<mailto:a.cawood@am-trace.co>>; Almaraz, Santiago (IHS/HQ) <Santiago.Almaraz@ihs.gov<mailto:Santiago.Almaraz@ihs.gov>>; Christopher Orlea <c.orlea@am-trace.co<mailto:c.orlea@am-trace.co>>
Subject: Re: Public Announcement of the Contract Award by AM TRACE LLC

Good Evening Mr. Premoe,

Thank you for your email and we understand your concern.

We will not make any further announcements or publish any further information in connection with the IHS IDIQ Contract unless we have your written consent and/or permission.

Please can you let me know if you need anything further from us in regards to your email.

AM322873

Sincerely,

Cawood

[https://am-trace.co/wp-content/uploads/2021/02/AM-Trace-Logo.png]
Cawood | Director of Contracts and Administration
4201 Wilson Blvd, #110-365
Arlington, VA 22203
Phone: 678-537-1386 | am-trace.co<http://am-trace.co><https://urldefense.com/v3/__http://am-trace.co/__;!!FRNqNQ!QG8f__fhjE2KRuJJAV8yD8HJkD9aPE4PgpTsdxZ0RsRliSN37hQh5DRAX-To6hs-$>


On Wed, Jun 9, 2021 at 4:44 PM Premoe, Paul (IHS/HQ) <Paul.Premoe@ihs.gov<mailto:Paul.Premoe@ihs.gov> <mailto:Paul.Premoe@ihs.gov<mailto:Paul.Premoe@ihs.gov>>> wrote:
Mr. Cawood,

It was brought to our attention that AM TRACE LLC has made a public announcement per the recent contract award, and it has prompted discussions within the Agency.  Until AM TRACE LLC is notified by me, please hold off on making further public announcements regarding the contract award.

Thank you,


Paul Premoe
Lead Contracting Officer
Indian Health Service
5600 Fishers Lane, Suite 09E32
Rockville, MD 20857
(p) 301-443-4470



--

[https://am-trace.co/wp-content/uploads/2021/02/AM-Trace-Logo.png]
Cawood | Director of Contracts and Administration
4201 Wilson Blvd, #110-365
Arlington, VA 22203
Phone: 678-537-1386 | am-trace.co<http://am-trace.co><http://am-trace.co/>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.


--

[https://am-trace.co/wp-content/uploads/2021/02/AM-Trace-Logo.png]
Cawood | Director of Contracts and Administration
4201 Wilson Blvd, #110-365
Arlington, VA 22203
Phone: 678-537-1386 | am-trace.co<http://am-trace.co/>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly

AM322874

prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

5:21-cv-00270-gwc    Document 125-4    Filed 03/06/26    Page 4 of 4
prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

AM322875