**From:** "Toby C. Haggerty" <THaggerty@EagleBankCorp.com>
**To:** "Dan Gabriel" <Dan@appliedmemeticsllc.com>
**Subject:** RE: [EXTERNAL] Next steps
**Date:** Fri, 14 Feb 2020 04:29:13 +0000
**Importance:** Normal
**Attachments:** image007.png
**Inline-Images:** image004.jpg; image005.jpg; image006.jpg; image001.jpg; image002.jpg; image003.jpg

---

Dan - I expect Jodee will reply tomorrow am, but i saw late this evening she had a No on the approval.

Wanted to give you the info I have.


Sent with BlackBerry Work
(www.blackberry.com)


From: Dan Gabriel <Dan@appliedmemeticsllc.com<mailto:Dan@appliedmemeticsllc.com>>
Date: Thursday, Feb 13, 2020, 4:34 PM
To: Jodee Lichtenstein <JLichtenstein@eaglebankcorp.com<mailto:JLichtenstein@eaglebankcorp.com>>
Cc: Toby C. Haggerty <THaggerty@EagleBankCorp.com<mailto:THaggerty@EagleBankCorp.com>>, maryam <maryam@appliedmemeticsllc.com<mailto:maryam@appliedmemeticsllc.com>>
Subject: Re: FW: [EXTERNAL] Next steps

Jodee,

It's late in the day and I wanted to circle back with you to see if any discussions have been had about how you would like me to proceed.

If there is no concurrence for us to integrate AR Funding into our strategy going forward, please advise ASAP so that I can give my employees as much notice as possible before the holiday weekend.

I am eager to move onto the next chapter in my life at this point, and terribly sorry we were not able to come to terms to continue operations.

Dan



[AM Logo]
Dan Gabriel | CEO
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | appliedmemeticsllc.com [appliedmemeticsllc.com]
<https://urldefense.com/v3/__http://appliedmemeticsllc.com/__;!!B8THhUloYOY!WZf0yQLXm7QIfUO3yYsPDc_D8ztWfNvLzP9vqu4hhwPesdI4xVAet6q69pKtVknDTqByKw$>
INFORMATION. COMMUNICATIONS. TECHNOLOGY.
[AM Awards]



Connect with us on [AM on LinkedIn]  [linkedin.com]<https://urldefense.com/v3/__https://www.linkedin.com/company/applied-memetics-llc/__;!!B8THhUloYOY!WZf0yQLXm7QIfUO3yYsPDc_D8ztWfNvLzP9vqu4hhwPesdI4xVAet6q69pKtVkkRMoGGgg$>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

On Thu, Feb 13, 2020 at 12:43 PM Jodee Lichtenstein
<JLichtenstein@eaglebankcorp.com<mailto:JLichtenstein@eaglebankcorp.com>> wrote:
Dan,  The proceeds should still be sitting in the account.  Under no circumstances should they have been used – other than paying down line.  The bank is very troubled that this occurred.
This issue and the scenario will be discussed internally.  Unfortunately, there is a lenders forum today and I will most likely not be able to communicate with anyone for the remainder of the day.

Jodee Lichtenstein
EagleBank, Relationships F•I•R•S•T
SVP, Special Assets Group Manager
6010 Executive Boulevard, Suite 800
Rockville, MD 20852
Office: 240-497-2096
Fax: 301-841-9822
JLichtenstein@EagleBankCorp.com<mailto:JLichtenstein@EagleBankCorp.com>
www.eaglebankcorp.com<http://www.eaglebankcorp.com>
From: Dan Gabriel [mailto:Dan@appliedmemeticsllc.com<mailto:Dan@appliedmemeticsllc.com>]
Sent: Thursday, February 13, 2020 12:11 PM
To: Jodee Lichtenstein
Cc: Toby C. Haggerty
Subject: [EXTERNAL] Next steps

Jodee, your statement seems defamatory.  In any case - the spectre of malfeasance has caused the potential note purchaser to rescind his previously expressed interest in acquiring the business operations and booked revenue of AM LLC.

Therefore, we are back to the subject at hand: consideration of the proposal to subordinate the debt to AR Funding so that we can make tomorrow's payroll and begin a realistic repayment plan according to the proposal I submitted earlier this morning.

As noted earlier this week, I will be forced to shut down AM LLC operations at COB today without an arrangement that will allow me to pay the salaries of our newly-hired (7) employees. This would be a very unfortunate setback to the skilled Virginia workforce that we employ, and the VA customer who depends on this work to serve the veterans' community.

Please advise next steps so that I can proceed accordingly.

Thank you,
Dan




[Image removed by sender. AM Logo]

Dan Gabriel | CEO
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | appliedmemeticsllc.com [appliedmemeticsllc.com]
<https://urldefense.com/v3/__http:/appliedmemeticsllc.com/__;!!B8THhUloYOY!WBjD4dg1ydgoIdF3PiedGB7mklDCKvO_whC8RIt eyOv1nuig7qJKbuuLOo78odrDRHIaCrWC$>
INFORMATION. COMMUNICATIONS. TECHNOLOGY.

[Image removed by sender. AM Awards]


Connect with us on [Image removed by sender. AM on LinkedIn]  [linkedin.com]<https://urldefense.com/v3/__https:/www.linkedin.com/company/applied-memetics-llc/__;!!B8THhUloYOY!WBjD4dg1ydgoIdF3PiedGB7mklDCKvO_whC8RIteyOv1nuig7qJKbuuLOo78odrDRBwVkOxw$>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.


On Thu, Feb 13, 2020 at 11:22 AM Jodee Lichtenstein <JLichtenstein@eaglebankcorp.com<mailto:JLichtenstein@eaglebankcorp.com>> wrote:
Dan,  As you know, the bank has been exceedingly patient and flexible with your requests to repay the debt.  As part of that approach, the bank entered into a forbearance agreement with AM including as assignment of proceeds from the Mosul film.  In accordance with the agreement film proceeds were deposited into an EB account; however, rather than paying down the debt AM took the banks collateral and paid other debts.   That constitutes fraud.

Please advise how AM intends to repay its entire debt to the bank.  Please provide the potential note purchaser information to me.

Thanks.

Jodee Lichtenstein
EagleBank, Relationships F•I•R•S•T
SVP, Special Assets Group Manager
6010 Executive Boulevard, Suite 800
Rockville, MD 20852
Office: 240-497-2096
Fax: 301-841-9822
JLichtenstein@EagleBankCorp.com<mailto:JLichtenstein@EagleBankCorp.com>
www.eaglebankcorp.com<http://www.eaglebankcorp.com>
From: Dan Gabriel [mailto:Dan@appliedmemeticsllc.com<mailto:Dan@appliedmemeticsllc.com>]
Sent: Thursday, February 13, 2020 11:10 AM
To: Jodee Lichtenstein
Cc: Toby C. Haggerty
Subject: Re: [EXTERNAL] VIP: Update on AM LLC operations

The MOSUL funds were deposited into Two Rivers account but have been used for AM operations.
There is no more $$$ anywhere.


[Image removed by sender. AM Logo]

Dan Gabriel | CEO
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | appliedmemeticsllc.com [appliedmemeticsllc.com]<https://urldefense.com/v3/__http:/appliedmemeticsllc.com/__;!!B8THhUloYOY!W0TtRBAKdds5tad6l0RVO9NQZgfudQs1-hq4f00WEIv0xGX4z1NnlIYhHV8yf06UE3jGojGZ$>
INFORMATION. COMMUNICATIONS. TECHNOLOGY.
[Image removed by sender. AM Awards]

Connect with us on [Image removed by sender. AM on LinkedIn]  [linkedin.com] <https://urldefense.com/v3/__https://www.linkedin.com/company/applied-memetics-llc/__;!!B8THhUloYOY!W0TtRBAKdds5tad6l0RVO9NQZgfudQs1-hq4f00WEIv0xGX4z1NnlIYhHV8yf06UEygr-q8L$>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.



On Thu, Feb 13, 2020 at 11:06 AM Jodee Lichtenstein <JLichtenstein@eaglebankcorp.com<mailto:JLichtenstein@eaglebankcorp.com>> wrote:
Please advise about the Mosul funds.  They should have been put into account and never removed as per the forbearance.  Please return those funds immediately.

Thanks.

Jodee Lichtenstein
EagleBank, Relationships F•I•R•S•T
SVP, Special Assets Group Manager
6010 Executive Boulevard, Suite 800
Rockville, MD 20852
Office: 240-497-2096
Fax: 301-841-9822
JLichtenstein@EagleBankCorp.com<mailto:JLichtenstein@EagleBankCorp.com>
www.eaglebankcorp.com<http://www.eaglebankcorp.com>
From: Jodee Lichtenstein
Sent: Wednesday, February 12, 2020 4:29 PM
To: 'Dan Gabriel'
Cc: Toby C. Haggerty
Subject: RE: [EXTERNAL] VIP: Update on AM LLC operations

Why were funds removed?  The funds should be in that account to pay down line.  Please put the funds back into the account so the funds can be used to pay down line.

Jodee Lichtenstein
EagleBank, Relationships F•I•R•S•T
SVP, Special Assets Group Manager
6010 Executive Boulevard, Suite 800
Rockville, MD 20852
Office: 240-497-2096
Fax: 301-841-9822
JLichtenstein@EagleBankCorp.com<mailto:JLichtenstein@EagleBankCorp.com>
www.eaglebankcorp.com<http://www.eaglebankcorp.com>
From: Dan Gabriel [mailto:Dan@appliedmemeticsllc.com<mailto:Dan@appliedmemeticsllc.com>]
Sent: Wednesday, February 12, 2020 3:41 PM
To: Jodee Lichtenstein
Cc: Toby C. Haggerty
Subject: Re: [EXTERNAL] VIP: Update on AM LLC operations

It appears that the bank has *not once* swept the deposited funds from Two Rivers account.


[Image removed by sender. AM Logo]

Dan Gabriel | CEO
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | appliedmemeticsllc.com [appliedmemeticsllc.com]
<https://urldefense.com/v3/__http:/appliedmemeticsllc.com/__;!!B8THhUloYOY!TwQSzBFMwQEKe3ctUl6jed0ebDy5qv2syjDnSJemGvBbybRd-1C1I1pHatlncFnqPBwnm0Kr$>
INFORMATION. COMMUNICATIONS. TECHNOLOGY.
[Image removed by sender. AM Awards]



Connect with us on [Image removed by sender. AM on LinkedIn]  [linkedin.com]
<https://urldefense.com/v3/__https:/www.linkedin.com/company/applied-memetics-llc/__;!!B8THhUloYOY!TwQSzBFMwQEKe3ctUl6jed0ebDy5qv2syjDnSJemGvBbybRd-1C1I1pHatlncFnqPP1m3c2S$>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.



On Wed, Feb 12, 2020 at 3:24 PM Jodee Lichtenstein
<JLichtenstein@eaglebankcorp.com<mailto:JLichtenstein@eaglebankcorp.com>> wrote:
Dan,  The forbearance clearly states that all funds deposited into the Two Rivers account should be used to pay down the line.  Why were funds transferred to the operating account?  Please advise.


Jodee Lichtenstein
EagleBank, Relationships F•I•R•S•T
SVP, Special Assets Group Manager
6010 Executive Boulevard, Suite 800
Rockville, MD 20852
Office: 240-497-2096
Fax: 301-841-9822
JLichtenstein@EagleBankCorp.com<mailto:JLichtenstein@EagleBankCorp.com>
www.eaglebankcorp.com<http://www.eaglebankcorp.com>
From: Dan Gabriel [mailto:Dan@appliedmemeticsllc.com<mailto:Dan@appliedmemeticsllc.com>]
Sent: Wednesday, February 12, 2020 10:59 AM
To: Jodee Lichtenstein
Cc: maryam; Toby C. Haggerty
Subject: Re: [EXTERNAL] VIP: Update on AM LLC operations

Jodee, please use this version of the projections, instead. (There were some equations that didn't carry thru.)

As for the deposit, it was made on the 04 Feb.

Dan



[Screen Shot 2020-02-12 at 10.58.24 AM.png]

[Image removed by sender. AM Logo]

Dan Gabriel | CEO
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | appliedmemeticsllc.com [appliedmemeticsllc.com]
<https://urldefense.com/v3/__http:/appliedmemeticsllc.com/__;!!B8THhUloYOY!Vq0Nd2zu-xaEiRF57j-uDheoMyvy74sDOB2K1gukxKZ99kvd0SaJcd8CGrn6kdIUA6f7pKjj$>
INFORMATION. COMMUNICATIONS. TECHNOLOGY.
[Image removed by sender. AM Awards]


Connect with us on [Image removed by sender. AM on LinkedIn]  [linkedin.com]
<https://urldefense.com/v3/__https:/www.linkedin.com/company/applied-memetics-llc/__;!!B8THhUloYOY!Vq0Nd2zu-xaEiRF57j-uDheoMyvy74sDOB2K1gukxKZ99kvd0SaJcd8CGrn6kdIUA1PinmAY$>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.



On Wed, Feb 12, 2020 at 10:41 AM Jodee Lichtenstein
<JLichtenstein@eaglebankcorp.com<mailto:JLichtenstein@eaglebankcorp.com>> wrote:
Please provide confirmation of deposit.  Thanks

Jodee Lichtenstein
EagleBank, Relationships F•I•R•S•T
SVP, Special Assets Group Manager
6010 Executive Boulevard, Suite 800
Rockville, MD 20852
Office: 240-497-2096
Fax: 301-841-9822
JLichtenstein@EagleBankCorp.com<mailto:JLichtenstein@EagleBankCorp.com>
www.eaglebankcorp.com<http://www.eaglebankcorp.com>
From: Dan Gabriel [mailto:Dan@appliedmemeticsllc.com<mailto:Dan@appliedmemeticsllc.com>]
Sent: Tuesday, February 11, 2020 12:07 PM
To: Jodee Lichtenstein
Cc: maryam; Toby C. Haggerty
Subject: Re: [EXTERNAL] VIP: Update on AM LLC operations

They were deposited into the 2 Rivers account.



[Image removed by sender. AM Logo]

Dan Gabriel | CEO
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | appliedmemeticsllc.com [appliedmemeticsllc.com]
<https://urldefense.com/v3/__http:/appliedmemeticsllc.com/__;!!B8THhUloYOY!SWjGRIArwa7q09cRoF-KS0pjzaVlTWQnblVjIbdifcFDZ93s7IbMfPwQis8_TKHH_Nyk-5xs$>
INFORMATION. COMMUNICATIONS. TECHNOLOGY.
[Image removed by sender. AM Awards]

Connect with us on [Image removed by sender. AM on LinkedIn]  [linkedin.com]
<https://urldefense.com/v3/__https:/www.linkedin.com/company/applied-memetics-llc/__;!!B8THhUloYOY!SWjGRIArwa7q09cRoF-KS0pjzaVlTWQnblVjIbdifcFDZ93s7IbMfPwQis8_TKHH_G3IY-R0$>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

On Tue, Feb 11, 2020 at 11:50 AM Jodee Lichtenstein
<JLichtenstein@eaglebankcorp.com<mailto:JLichtenstein@eaglebankcorp.com>> wrote:
Where are the funds re Mosul that are Gravitas share?  Those should be deposited into the bank.  Please advise.  Thanks.

Jodee Lichtenstein
EagleBank, Relationships F•I•R•S•T
SVP, Special Assets Group Manager
6010 Executive Boulevard, Suite 800
Rockville, MD 20852
Office: 240-497-2096
Fax: 301-841-9822
JLichtenstein@EagleBankCorp.com<mailto:JLichtenstein@EagleBankCorp.com>
www.eaglebankcorp.com<http://www.eaglebankcorp.com>
From: Dan Gabriel [mailto:Dan@appliedmemeticsllc.com<mailto:Dan@appliedmemeticsllc.com>]
Sent: Monday, February 10, 2020 4:28 PM
To: Jodee Lichtenstein
Cc: maryam; Toby C. Haggerty
Subject: [EXTERNAL] VIP: Update on AM LLC operations

Jodee,

There have been several significant developments within the past week that I wanted to brief you on.  Please let me know if you have time at the end of today, or early tomorrow morning, to discuss this in detail.

1) We have received serious interest from an investor that is willing to purchase the current Eagle bank debt. He has requested that we gauge the bank's willingness to negotiate a reduced settlement, that would be paid in cash within 72 hours.

2) I'm disappointed to report that MOSUL has performed well below our expectations (see attached draft reconciliation of the Gravitas quarterly statements).  Although this is in part due to lagging sales data (you can see that there is potentially 35% of total sales reporting outstanding), it is clear that the film has reached its peak. We can no longer rely on it to provide more than a minor fraction of the outstanding loan balance. Therefore, it will not support the forbearance requirements.

3) As of December, I have resigned from AM LLC as it could no longer afford my salary, and am seeking f/t employment elsewhere. Our workforce was suddenly reduced to 1 billable FTE over the holidays (w/ 1 FTE on overhead, running operations.)  I've attached my personal financial statement which shows I am completely wiped out, financially.

4) On a positive note, in late January, we awarded a sub-contract with Accenture Federal to provide (19) FTEs on a 5-year VA contract. Seven of those employees have already been identified, and became billable last week (bringing our employee count up to 8 FTEs, with the remaining resources to be identified and onboarded in the next few weeks.)

5) In order to fund the salaries of the new contract work, we have engaged the factor company AR Funding to support the payroll advances. They are prepared to cover the AR - if Eagle is willing to subordinate just that portion of the new contracts.

Thank you,

AM219348

Dan

[Image removed by sender. AM Logo]

Dan Gabriel | CEO
161 Fort Evans Rd., NE, Suite 250
Leesburg, VA. 20176
Phone: 571.225.9854 | appliedmemeticsllc.com [appliedmemeticsllc.com] <https://urldefense.com/v3/__http:/appliedmemeticsllc.com/__;!!B8THhUloYOY!VvvCnPgbcbpl5P1dyhjzabHx7d7rRb2Czkd1BTCGGea7uTVy_we4BE8F8_EEprECTklGTshp$>
INFORMATION. COMMUNICATIONS. TECHNOLOGY.
[Image removed by sender. AM Awards]


Connect with us on [Image removed by sender. AM on LinkedIn]  [linkedin.com] <https://urldefense.com/v3/__https:/www.linkedin.com/company/applied-memetics-llc/__;!!B8THhUloYOY!VvvCnPgbcbpl5P1dyhjzabHx7d7rRb2Czkd1BTCGGea7uTVy_we4BE8F8_EEprECTi4GCc3D$>

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.


LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Keeping your information secure is important to EagleBank. If you are providing us with sensitive non-public or confidential information, please use our secure email service available at https://securemail.eaglebankcorp.com/s/e?.
NOTICE: This email and any attachments are confidential for the sole use of the intended recipients. If you have received this email in error, please notify the sender, delete this email and any attachments from your computer system. Destroy any copies. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of EagleBank. Caution should be used in transmitting confidential or sensitive information via email as there is no assurance of privacy on the Internet. EagleBank takes steps to avoid the transmission of email viruses, but accepts no responsibility for any damage caused by any virus transmitted by this email.

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Keeping your information secure is important to EagleBank. If you are providing us with sensitive non-public or confidential information, please use our secure email service available at https://securemail.eaglebankcorp.com/s/e?.

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Keeping your information secure is important to EagleBank. If you are providing us with sensitive non-public or confidential

AM219349

information, please use our secure email service available at https://securemail.eaglebankcorp.com/s/e?.

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Keeping your information secure is important to EagleBank. If you are providing us with sensitive non-public or confidential information, please use our secure email service available at https://securemail.eaglebankcorp.com/s/e?.

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Keeping your information secure is important to EagleBank. If you are providing us with sensitive non-public or confidential information, please use our secure email service available at https://securemail.eaglebankcorp.com/s/e?.

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Keeping your information secure is important to EagleBank. If you are providing us with sensitive non-public or confidential information, please use our secure email service available at https://securemail.eaglebankcorp.com/s/e?.


LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

Keeping your information secure is important to EagleBank. If you are providing us with sensitive non-public or confidential information, please use our secure email service available at https://securemail.eaglebankcorp.com/s/e?.