**From:** "Donna Grimm" <d.grimm@amllc.co>
**To:** "Bob Sanderson" <b.sanderson@amllc.co>, "Pei-Ying Chen" <p.chen@amllc.co>
**Subject:** Fwd: State of MN Covid Testing RFP--Clarification Needed ASAP
**Date:** Mon, 1 Nov 2021 08:09:51 -0700
**Importance:** Normal
**Attachments:** State_of_Minnesota_Pricing_Model_(Scenario_E)_Revised.xlsx
**Inline-Images:** image001.jpg

---

Bob and Pei-ying,

Below and attached is my response to MN when they asked for clarification on pricing. Also, the files I submitted are in Sharepoint here.

Thanks,
Donna



Donna Grimm, CF APMP | Director of Bid and Capture
4201 Wilson Blvd, #110-365
Arlington, VA. 22203
Phone: 858.230.8101 | amllc.co
INFORMATION. COMMUNICATIONS. TECHNOLOGY.

   

Connect with us on LinkedIn

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

---------- Forwarded message ---------
From: **Donna Grimm** <d.grimm@amllc.co>
Date: Mon, Oct 18, 2021 at 1:29 PM
Subject: Fwd: State of MN Covid Testing RFP--Clarification Needed ASAP
To: <rachel.dougherty@state.mn.us>
Cc: Dan Gabriel <Dan@amllc.co>


Good afternoon Ms. Dougherty,

Attached, please find our updated pricing for Task E.

Thank you,
Donna

AM074778



Donna Grimm, CF APMP | Director of Bid and Capture
4201 Wilson Blvd, #110-365
Arlington, VA. 22203
Phone: 858.230.8101 | amllc.co
INFORMATION. COMMUNICATIONS. TECHNOLOGY.

   

Connect with us on LinkedIn

LEGAL DISCLAIMER: The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

---------- Forwarded message ---------
From: **Dan Gabriel** <dan@amllc.co>
Date: Fri, Oct 15, 2021 at 2:05 PM
Subject: Fwd: State of MN Covid Testing RFP--Clarification Needed ASAP
To: Donna Grimm <d.grimm@amllc.co>

Begin forwarded message:

From: "Dougherty, Rachel (ADM)" <rachel.dougherty@state.mn.us>
Date: October 15, 2021 at 5:03:44 PM EDT
To: Dan@amllc.co
Subject: **State of MN Covid Testing RFP--Clarification Needed ASAP**

Good afternoon,

We reviewed your cost proposal and are seeking clarification. We looked at your pricing for Task E. Did you account for meeting all of the minimum requirements for that Task when you submitted your pricing? The State expects vendors to honor the pricing that they submitted as part of the proposal. If you can provide the submitted pricing AND meet the minimum requirements, please let us know no later Tuesday, October 18th at 11:00 AM. The minimum requirements are below for your reference.

Thanks,

AM074779

Rachel Dougherty



**Rachel Dougherty | Enterprise Contracts Counsel**

50 Sherburne Avenue, Suite 112

Saint Paul, MN 55155

(651) 216-3556 (cell)

Task E

| |
|---|
| Provide one or more of the following COVID-19 tests for processing:<br><br>    a. Individual molecular (e.g., PCR) tests for nasal, saliva or both nasal and saliva samples.<br>    b. Pooled PCR tests for nasal, saliva or both nasal and saliva samples. |
| Responder will comply with specimen retention requirements. Retain all positive specimens on site for a period of four weeks after collection. After this retention period, except as needed for item 8, all specimens must be destroyed by the Contractor. Negative specimens must be destroyed as soon as practicably possible and in no case longer than three business days from time of processing. |
| Test turnaround time of 24 hours or less from receipt of sample at the lab. |
| Report results to MDH as specified for electronic lab reporting at: COVID-19 Test Reporting Requirements - Minnesota Dept. of Health (state.mn.us) using the Minnesota Electronic Laboratory Reporting HL7 2.5.1 Implementation Guide at: MDH ELR Onboarding Implementation Guide (state.mn.us). |
| Laboratory must have Clinical Laboratory Improvement Amendments (CLIA) certification or equivalent and will provide report from the most recent inspection as part of the response. |
| Provide whole genome sequencing ability in-house or will send to MDH/ outside lab for sequencing at request of organization. |
| Responder has knowledge and use of established FDA EUA methods/ products. |
| Responder will follow Sample Usage requirements e.g., Contractor may use de-identified samples submitted for testing for confirmatory testing, laboratory quality control assurance and improvement, calibration of equipment, evaluating and improving the accuracy of tests, development of new COVID-19 tests, validation of equipment, and continuity of operations to ensure testing can continue in the event of an emergency.  Contractor may retain de-identified samples for up to six months for the purposes described in this paragraph only. |
| Responder will comply with restrictions on Sample Usage, e.g., Unless otherwise specified in the Contract, using biological specimens and other not public data received under this Contract for |

research of any kind is strictly prohibited.  Contractor or State may, however, use the biological specifics or other not public data for the purpose of design, development or validation of new COVID-19 tests as noted in 10 above. Selling samples, test results, or other data collected associated with testing under this contract is strictly prohibited. Collecting, storing, or using residual human DNA collected under this contract in any manner not explicitly set forth in this contract is strictly prohibited.

Comply with the Minnesota Health Records Act (Minnesota Statutes 144.291-.298).

AM074781