**From:** "Donna Grimm" <d.grimm@amllc.co>
**To:** "alawrence@fphnyc.org" <alawrence@fphnyc.org>
**Subject:** AM LLC Statement of Interest - Neighborhood Health Corps COVID-19 Equity Communications Capacity Building
**Date:** Wed, 15 Dec 2021 12:15:48 -0800
**Importance:** Normal
**Attachments:** AM_LLC_-_Statement_of_Interest.pdf

---

Good afternoon, Ms. Lawrence,

Attached, please find AM LLC's Statement of Interest for the Neighborhood Health Corps COVID-19 Equity Communications Capacity Building opportunity.  We look forward to supporting The Fund for Public Health NYC and New York City's Department of Health & Mental Hygiene with this important work.

Kindly confirm receipt of this email.

Best regards,
Donna Grimm



**Donna Grimm, CF APMP | Senior Director, Bid and Capture**
4201 Wilson Blvd, #110-365
Arlington, VA. 22203
Phone: 858.230.8101 | amllc.co
INFORMATION. COMMUNICATIONS. TECHNOLOGY.

  

Connect with us on **Linked**in

AM186771