**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel. JENNIFER DAPOLITO,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 5:21-cv-270** |
| **APPLIED MEMETICS, LLC, AM TRACE, LLC, and AM, LLC,** | ) | |
| **Defendants.** | ) | |

**MOTION TO APPEAR SPECIALLY AS DEFENDANTS' COUNSEL**

The undersigned, Duncan F. Kilmartin, Esa., respectfully moves to appear specially on behalf of Defendants Applied Memetics, LLC, AM Trace, LLC, and AM LLC ("Defendants").

As the Court is aware, Defendants' financial status is dire, and they have extremely limited funds with which to conduct a defense in this matter. Accordingly, the undersigned moves to be admitted specially in this case, solely for purposes of:

(1) Responding to Relator's motions currently open before the Court; and

(2) Filing a motion for summary judgment on Defendants' behalf, and any practice directly related to such motion.

Undersigned counsel has not agreed with Defendants to enter this matter generally for Defendants, as they cannot commit to the financial burdens that general representation might entail.

Undersigned counsel contacted Plaintiff's counsel, Tristram J. Coffin, Esq., with a copy this motion, who responded, as follows, on Thursday, July 9, at 5:50 P.M., after a full day of trial in Boston:

Hello Duncan,
I do not oppose you entering appearance.
I do oppose you entering it for the conditions you place on it.
Thank you.
Tris

Wherefore, the undersigned requests the Court to grant the special appearance, as requested.

Dated: July 11, 2026

Respectfully submitted,
/s/ Duncan F. Kilmartin
Duncan F. Kilmartin, Esq.,
Rexford & Kilmartin, P.C.
P.O. Box 10
Newport, Vermont 05855
802-249-1800

**CERTIFICATE OF SERVICE**

I, Duncan Kilmartin, on behalf of the Defendants, hereby certify that on July 13, 2026, a copy of the foregoing document was served on all counsel of record via ECF.

/s/ Duncan F. Kilmartin
Duncan F. Kilmartin
Rexford & Kilmartin, P.C..