U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL 15 P 1:44

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA, ex rel.      )
JENNIFER DAPOLITO,                     )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        Case No. 5:21-cv-270
                                       )
APPLIED MEMETICS, LLC, AM TRACE,       )
LLC and AM, LLC,                       )
                                       )
        Defendants.                    )

## ORDER ON MOTION TO APPEAR SPECIALLY AS DEFENDANTS' COUNSEL
### (Doc. 138)

The court previously set a deadline of July 13, 2026, for the corporate defendants to obtain new counsel following the withdrawal of their original attorneys. (Doc. 134). On July 13, attorney Kilmartin filed a motion to appear specially as defendants' counsel. Relator's counsel has indicated that it opposes the special appearance.

The court will wait for a response to the motion for special appearance as well as a reply before ruling. In the meantime, the time for the corporate defendants to obtain substitute counsel is extended until the date the court rules on the motion.

Dated at Burlington, in the District of Vermont, this 15th day of July, 2026.

Geoffrey W. Crawford, Senior Judge
United States District Court